September 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT JAMES BEAZLEY AND VEA ANN BILA, Appellants

NO. 14-12-00446-CV                    V.

CITY OF KEMAH, Appellee
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.